IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARRIET G. ZAFIRATOS, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) No. 12 C 10049 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1] | ) ) ) ) |
|       Defendant. | ) ) |

MEMORANDUM ORDER

Plaintiff Harriet Zafiratos ("Zafiratos") and acting Commissioner Carolyn Colvin have tendered a joint motion for the entry of judgment with remand, noticing up that motion for presentment on March 27, 2013. Under the circumstances there is no need for counsel for the parties to appear at that time--instead this memorandum order will suffice to implement their joint agreement.

It is hereby ordered that judgment be entered reversing the Commissioner's decision pursuant to sentence four of 42 U.S.C. §405(g) and remanding the case to the Commissioner for further administrative action. In accordance with the parties' agreement, on remand the designated Administrative Law Judge should provide Zafiratos with an opportunity to submit additional

---

[1] On February 14, 2013 Carolyn W. Colvin became Acting Commissioner of Social Security. Accordingly Ms. Colvin is automatically substituted as defendant in this action under Fed. R. Civ. P. 25(d).

evidence; evaluate Zafiratos' mental impairments pursuant to the special technique in 20 C.F.R. 416.920a; consider Zafiratos' residual functional capacity, and in so doing evaluate all of the opinion evidence in the record; evaluate Zafiratos' subjective complaints, considering the factors set out in Social Security Ruling 96-7p; seek vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that Zafiratos can perform; give Zafiratos an opportunity for a hearing; and issue a new decision.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 26, 2013